AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.
Erwin Jose Bonilla-Martinez

*Defendant*

Case No. 3:26-mj-00304

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Erwin Jose Bonilla-Martinez, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Fentanyl (400 grams or more of a Mixture or Substance Containing a Detectable Amount of Fentanyl), in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi)

Date: 11/04/2026

Youlee Yim You
*Issuing officer's signature*

City and state: Portland, Oregon

Hon. Youlee Yim You, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-4-26, and the person was arrested on *(date)* 11-5-26 at *(city and state)* Portland, OR.

Date: 11-5-26

[signature]
*Arresting officer's signature*

SA Lexie Widmer
*Printed name and title*